# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Malcolm Gibson,<br><br>  Plaintiff,<br><br>v.<br><br>Rise Baking Company, LLC,<br><br>  Defendant. | Case No. 25-CV-3199 (JMB/SGE)<br><br>**DEFENDANT RISE BAKING COMPANY, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(5)** |

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Rise Baking Company, LLC, hereby moves this Court for an order dismissing all claims against Rise Baking Company, LLC in Plaintiff's Complaint with prejudice. This Motion is based on all the files, records, and proceedings herein, as well as the memorandum of law and supporting documents filed herewith in accordance with Local Rule 7.1 and Judge Jeffrey M. Bryan's practice pointers.

2

Dated: November 20, 2025

*/s/ Greta Bauer Reyes*
Greta Bauer Reyes (#0391100)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Email: greta.reyes@stinson.com

Johanna Fabrizio Parker (#0071236)
(*pro hac vice motion forthcoming*)
BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4585
Email: JParker@beneschlaw.com

*Attorneys for Defendant*
*Rise Baking Company, LLC*