## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Malcolm Gibson,<br><br>  Plaintiff,<br><br>v.<br><br>Rise Baking Company, LLC,<br><br>  Defendant. | Case No. 25-CV-3199 (JMB/SGE)<br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>JOHANNA FABRIZIO PARKER** |

### Motion and Affidavit of Movant

I, Greta (Margaret) Bauer Reyes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Johanna Fabrizio Parker, an attorney admitted to practice and currently in good standing in the U.S. District Court for Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for Defendant Rise Baking Company in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Dated: November 24, 2025 　　　　　　　　　*/s/Greta Bauer Reyes*
　　　　　　　　　　　　　　　　　　　　　Greta Bauer Reyes (#0391100)
　　　　　　　　　　　　　　　　　　　　　STINSON LLP
　　　　　　　　　　　　　　　　　　　　　50 South Sixth Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 335-1500
　　　　　　　　　　　　　　　　　　　　　greta.reyes@stinson.com

　　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant Rise Baking Company, LLC***